UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 10 PM 12: 22

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| THELMA K. CHANDLER | NO. 05-0391 |
| VERSUS | SECTION L |
| DELTA QUEEN STEAMBOAT COMPANY, INC. | MAGISTRATE 4 |

### ORDER OF DISMISSAL

Considering the foregoing Motion,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned cause, including all claims and demands made therein, be and it is hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 6th day of April, 2006.

_____
JUDGE

Fee _____
Process _____
X Dktd _____
✓ CtRmDep _____
Doc. No _____